# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ardon P. Cato, II  *Petitioner* | ) ) |
| v. | ) Civil Action No. 4:19-cv-2126-CMC |
| Donnie Stonebreaker, Warden  *Respondent* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice and without requiring Respondent to file a return. A certificate of appealability is denied..

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  August 22, 2019                                                *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                      *Signature of Clerk or Deputy Clerk*